```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| SUZANNE C. CLARKE and CONISE P. DILLARD,         )<br>         )<br>    Plaintiffs,         )<br>         )<br>v.         )<br>         )<br>BAPTIST MEMORIAL HEALTHCARE         )<br>CORPORATION & METHODIST         )<br>HEALTHCARE,         )<br>         )<br>    Defendants.         ) | No. 06-2377 |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY AND DENYING PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY**

Baptist Memorial Healthcare Corporation and Methodist Healthcare (collectively "Defendants") move for leave to file a sur-reply in opposition to Suzanne C. Clark and Conise P. Dillard's (collectively "Plaintiffs") Objection to Magistrate Judge Vescovo's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel. (ECF No. 369.) Plaintiffs move to strike Defendants' Motion for Leave to File Sur-reply. (ECF No. 370.)

For good cause shown, Defendants' Motion for Leave to File Sur-reply is GRANTED. Plaintiffs' Motion to Strike Defendants' Motion for Leave to File Sur-reply is DENIED. Defendants have

seven (7) days from the date of entry of this order to file their sur-reply.

    So ordered this 4th day of October, 2012.

                                          s/ Samuel H. Mays, Jr.  
                                          SAMUEL H. MAYS, JR.  
                                          UNITED STATES DISTRICT JUDGE