```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

| | |
|---|---|
| **SUZANNE C. CLARKE and CONISE P. DILLARD,** )<br>)<br>  Plaintiffs,    )<br>)<br>v.               )<br>)<br>**BAPTIST MEMORIAL HEALTHCARE CORPORATION & METHODIST HEALTHCARE,** )<br>)<br>)<br>)<br>  Defendants.    ) | No. 06-2377 |

**ORDER GRANTING MOTION FOR ORDER TO DIRECT PLAINTIFF TO MEDIATE**

Before the Court is Baptist Memorial Healthcare Corporation and Methodist Healthcare's (collectively "Defendants") May 1, 2012 Motion for Order to Direct Plaintiff to Mediate. (ECF No. 326.) Plaintiff Conise Dillard filed a Response on May 9, 2012. (ECF No. 327.) Defendants filed a Reply on May 23, 2012. (ECF No. 334.)

At a status conference on April 2, 2012, the Court directed the parties, including the Plaintiff, to mediate. (ECF No. 325.) The deadline for completion of mediation was June 4, 2012. (Id.) The Plaintiff has not participated in mediation as directed and is not entitled to proceed to trial until she complies. See W.D. Tenn. L.R. 16.2.

Defendants' Motion is GRANTED. Plaintiff is ordered to enter into mediation with Defendants in compliance with the Court's April 2 Order.

So ordered this 15th day of January, 2013.

                                                s/ Samuel H. Mays, Jr.\_\_ \_
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE