IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

CONISE DILLARD,

      Plaintiff,

VS.                                                  NO. 06-2377-Ma

BAPTIST MEMORIAL HEALTHCARE
CORPORATION and METHODIST
HEALTHCARE,

      Defendants.

---

### ORDER OF DISMISSAL

---

Before the Court is the August 26, 2013 Joint Stipulation of Dismissal, indicating that this matter may be dismissed with prejudice.  This case is therefore dismissed in its entirety with prejudice.

It is SO ORDERED this 28th day of August, 2013.


*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE