UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**CONISE DILLARD,**

    Plaintiff,

**VS.**                                        **NO. 06-2377-Ma**

**BAPTIST MEMORIAL HEALTHCARE CORPORATION** and **METHODIST HEALTHCARE,**

    Defendants.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed August 28, 2013.


**APPROVED:**


  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *August 28, 2013* | THOMAS M. GOULD |
| --- | --- |
| DATE | CLERK |
| | *s/ Zandra Frazier* |
| | (By) DEPUTY CLERK |