## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

| | |
|---|---|
| SUZANNE C. CLARKE and <br> CONISE P. DILLARD, <br> On behalf of themselves and all others <br> similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> BAPTIST MEMORIAL HEALTHCARE <br> CORPORATION; METHODIST <br> HEALTHCARE, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2:06-cv-02377-MaV<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### <u>KEITH IVY'S MOTION TO INTERVENE</u>

Keith Ivy hereby moves this Court for an Order granting him intervention under Federal Rule of Civil Procedure 24(a)(2), or, in the alternative, Rule 24(b)(1)(B). A memorandum in support of this motion is attached, and a Complaint-in-Intervention is being filed herewith. A proposed order granting this motion is being submitted separately to the Court via email.

DATED: September 16, 2013                Respectfully Submitted,


By: /s/ Alan G. Crone
Alan G. Crone
Crone & McEvoy,
5583 Murray Rd., Suite 120
Memphis, TN 38119
Tel: (901) 737-7740
Fax: (901) 737-7558

Mark A. Griffin
Raymond J. Farrow
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

David P. Dean
Darin Dalmat
JAMES & HOFFMAN
1130 Connecticut Avenue, N.W., Suite 950
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Daniel A. Small
COHEN MILSTEIN SELLERS
      & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500 West Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Sharon K. Robertson
COHEN MILSTEIN SELLERS
      & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212 838 7797
Fax: (212) 838-7745

*Attorneys for Appellant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing pleading was filed electronically and notice of such filing was made electronically to Defendants' counsel pursuant to the Electronic Case Filing Rules of the United States District Court for the Western District of Tennessee Western Division on September 16, 2013.


Stephen J. Squeri
Jones Day
901 Lakeside Avenue
Cleveland, OH  44114
Telephone: 216-586-7237
Facsimile: 216-579-0212
Email: sjsqueri@jonesday.com
*Attorney for Defendant Baptist Memorial*
*Healthcare Corporation*

Corey W. Roush
Robert F. Leibenluft
Benjamin F. Holt
Hogan Lovells US, LLP
555 Thirteenth Street, NW
Washington, DC  20004
Telephone: 202-637-5600
Facsimile:  202-637-5910
Email: corey.roush@hoganlovells.com
*Attorneys for Defendant Methodist Le Bonheur*
*Healthcare Corporation*


s/ Alan G. Crone