**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 21, 2014

Mr. Alan Grady Crone
Crone & McEvoy
5583 Murray Road
Suite 120
Memphis, TN 38119

Ms. Meghan Cele Edwards-Ford
Hogan Lovells
555 Thirteenth Street, N.W.
Washington, DC 20004

Mr. Raymond J. Farrow
Keller Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Mr. Benjamin B. Gould
Keller Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Mr. Mark Adam Griffin
Keller Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Mr. Benjamin Holt
Hogan Lovells
555 Thirteenth Street, N.W.
Washington, DC 20004

Mr. David Palmer Jaqua
Butler Snow
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Mr. Brian J. Murray
Jones Day
77 W. Wacker Drive
Suite 3500
Chicago, IL 60601

Ms. Amy Marie Pepke
Bulter, Snow, O'Mara, Stevens & Cannada
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Ms. Brandy Hutton Ranjan
Jones Day
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215

Mr. Corey William Roush
Hogan Lovells
555 Thirteenth Street, N.W.
Washington, DC 20004

Mr. Stephen J. Squeri
Jones Day
901 Lakeside Avenue, E.
Cleveland, OH 44114

Ms. Catherine Emily Stetson
Hogan Lovells
555 Thirteenth Street, N.W.
Columbia Square
Washington, DC 20004

Mr. Harry J. Williams IV
Keller Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Mr. James D. Wilson
Harris, Shelton, Hanover & Walsh
40 S. Main Street
Suite 2700
Memphis, TN 38103-2555

Re: Case No. 13-6298, *Suzanne Clarke, et al v. Baptist Memorial Healthcare Co, et al*
Originating Case No. : 2:06-cv-02377

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator.

cc: Mr. Thomas M. Gould

Enclosure

No mandate to issue

Case No. 13-6298

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

SUZANNE C. CLARKE; CONISE DILLARD, on behalf of themselves and all others similarly situated

       Plaintiffs

and

KEITH M. IVY; ELIZABETH MASON

       Intervenors - Plaintiffs - Appellants

v.

BAPTIST MEMORIAL HEALTHCARE CORPORATION; METHODIST HEALTHCARE

       Defendants - Appellees

    In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

    It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                        **ENTERED PURSUANT TO RULE 33,**
                        **RULES OF THE SIXTH CIRCUIT**
                        Deborah S. Hunt, Clerk

Issued: August 21, 2014